**Order filed August 10, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00076-CR

_____

**ANTHONY EARL FOREMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1628330**

---

## ORDER

Appellant is represented by appointed counsel, Jerome Godinich. Appellant's brief was originally due May 5, 2021. We have granted a total of 90 days to file appellant's brief until July 27, 2021. No brief was filed by the due date.

We order Jerome Godinich to file a brief with the clerk of this court on or before **September 9, 2021**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial

court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Hassan and Poissant.